by Charles H. Unversagt against Sarah J. Allsop, as administratrix. A. B. Morrison, for appellant. E. Hall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

URCHS, Respondent, v. NEW AMSTERDAM CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by William J. Urchs against the New Amsterdam Casualty Company. C. S. Petrasch, for appellant. R. B. Honeyman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VAN ALSTINE. Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. March 14, 1911.) Action by William H. Van Alstine against the Syracuse Rapid Transit Railway Company. For former decision, see 126 N. Y. Supp. 1149.

PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals dismissed; no leave being necessary.

---

VAN SCHAICK REALTY CO. v. ABRAMSON et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Van Schaick Realty Company against Ida Abramson, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

VERDIGLIONE, Respondent, v. GRAVES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Giuseppe Verdiglione, as administrator, etc., against Kate L. Graves and others. No opinion. Judgment and order affirmed, with costs.

---

VILLAGE OF CHARLOTTE, Appellant, v. KEON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by the Village of Charlotte against John M. Keon. For former opinion, see 128 N. Y. Supp. 80.

PER CURIAM. Motion for reargument granted. Reargument set down for March 28th.

---

VILLAGE OF CHARLOTTE, Appellant, v. KEON, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by the Village of Charlotte against John M. Keon.

PER CURIAM. On reargument, judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in his opinion handed down on former decision (128 N. Y. Supp. 80), made March 8, 1911.

WADE, Appellant, v. TOWN OF WORCESTER, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Pearl Wade against the Town of Worcester. No opinion. Motion denied. See, also, 127 N. Y. Supp. 1148.

---

WAKEFIELD v. GAYNOR et al. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Wilson F. Wakefield against Philip B. Gaynor and others. No opinion. Judgment affirmed, with costs to be paid by the appellants personally.

---

WALLACE v. WALLACE. (Supreme Court, Appellate Division, Third Department. March 21, 1911.) Action by Mary Wallace against Patrick H. Wallace.

PER CURIAM. Application denied, with leave to petitioner to make and file and serve upon the attorney for the plaintiff, on or before Wednesday noon, 22d of March, affidavits showing his inability to pay the fine for which he is imprisoned, as a basis for a modification of the original order of this court, to which affidavits the plaintiff may file replying affidavits on or before 12 o'clock of the 23d of March. See, also, 140 App. Div. 800, 125 N. Y. Supp. 561.

---

WALLACE v. WALLACE. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Mary Wallace against Patrick H. Wallace.

PER CURIAM. Order (140 App. Div. 800, 125 N. Y. Supp. 561) dated September 13, 191^ and filed with the clerk of this court November 17, 1910, modified, so as to provide at the end thereof: Defendant may apply at any Special Term, upon five days' notice to the plaintiff, for a release from said imprisonment, upon showing that he is wholly unable to pay the fine imposed herein.

---

In re WALLACH. (Supreme Court, Appellate Division, First Department. March 17, 1911.) In the matter of Karl M. Wallach, deceased. S. J. Liebeskind, for appellant. B. F. Wollman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 N. Y. Supp. 1020.

---

WALLACH et al. v. PAUWELS et al. (two cases). (Supreme Court, Appellate Division, First Department. March 31, 1911.) Actions by Isabel R. Wallach and others against Robert P. Pauwels and others. No opinion. Application granted, Order signed.

---

WARD v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Elizabeth Ward, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.